IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN R. FEGAN, | ) | 1: 06-CV-00531-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | ORDER TO SUBMIT NEW |
| | ) | APPLICATION TO PROCEED IN |
| vs. | ) | FORMA PAUPERIS AND CERTIFIED |
| | ) | COPY OF TRUST ACCOUNT |
| SCRIBNER, Warden, | ) | STATEMENT **OR** PAY FILING FEE |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 at the Southern District of California on April 10, 2006, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The case was subsequently transferred to the Eastern District of California on April 25, 2006.

Petitioner's application to proceed in forma pauperis was not filed on the proper form and did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a new application to

proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $5.00 filing fee.

     Accordingly, IT IS HEREBY ORDERED that:

         1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

         2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

     IT IS SO ORDERED.

     Dated: **June 8, 2006**　　　　　　　　　　**/s/ Dennis L. Beck**
ah0l4d　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE