# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN R. FEGAN,<br><br>       Petitioner,<br><br>    v.<br><br>SCRIBNER, Warden,<br><br>       Respondent. | CV F   06-00531 OWW DLB HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION AND DENYING MOTION FOR DISCOVERY AND EVIDENTIARY HEARING<br><br>[Docs. 12, 13] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 8, 2006, the Magistrate Judge denied Petitioner's motion for the appointment of counsel.  (Court Doc. 7.)  Now pending before the Court is Petitioner's motion for reconsideration of the Magistrate Judge's order denying the appointment of counsel, filed July 17, 2006, and Petitioner's motion for discovery and evidentiary hearing, filed July 21, 2006.  (Court Docs. 12, 13.)

    Petitioner must establish that the Magistrate Judge's order was "clearly erroneous or contrary to law" as set forth in 28 U.S.C. § 636(b)(1)(A).  See Fed. R. Civ. P. 72(a).

    As stated by the Magistrate Judge, there currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); cert. denied, 358 U.S. 889 (1958).  Title 18 U.S.C. § 3006A, however, authorizes the appointment of counsel at any stage of the case "if the interest of justice so require."  See Rule

1

1 | 8(c), Rules Governing Section 2254 Cases.

2 |     In his motion, Petitioner claims that the appointment of counsel is necessary because an
3 | evidentiary hearing has been conduct in regard to his discovery issue. (Motion, at 1.)  As found
4 | by the Magistrate Judge, the interests of justice would not be served by the appointment of
5 | counsel in this case, as the Court is concurrently adopting the Magistrate Judge's
6 | recommendation to dismiss the case as successive, and no evidentiary hearing or discovery is
7 | warranted in this case.  Accordingly, Petitioner's motion for reconsideration and motion for
8 | discovery and evidentiary hearing are DENIED. (Court Docs. 12, 13.)

9 |     IT IS SO ORDERED.

10 | **Dated:   September 16, 2006**            /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE