UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



STEPHEN R. FAGEN,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-06-0531 OWW/DLB HC

SCRIBNER, etc.,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____
_____
_____
_____

__X__    Denied for the following reason:

Successive Petition — Court of Appeal previously denied filing of a second petition
_____

Dated: 10 18 06

_____
OLIVER W. WANGER
United States District Judge